UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 3:25-CR-96 |
| | ) | |
| KAYDEN BELL | ) | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Comes now the United States of America, by its counsel, M. Scott Proctor, Acting United States Attorney for the Northern District of Indiana, through Lydia T. Lucius, Assistant United States Attorney, and represents to the Court as follows:

1. A grand jury in this district returned a three count Indictment against the defendant, in violation of 18 U.S.C. § 875(c)

2. The defendant is presently confined at the Wabash County Jail, Wabash, Indiana.

3. The United States represents that the Court has set the date of December 3, 2025, at 3:00 PM (prevailing time) for the defendant's initial appearance in the United States District Court for the Northern District of Indiana on the charges described above.

WHEREFORE, your petitioner prays that this Honorable Court grant a Writ of Habeas Corpus ad Prosequendum to be directed to: Sheriff, Wabash County Jail, 1301 Manchester Ave., Wabash, IN 46992, and United States Marshal, Northern District of Indiana, South Bend, Indiana, commanding the surrender of the body of the defendant to the United States Marshal for the Northern District of Indiana, or one of his duly authorized deputies, or any authorized Marshal, so that the Marshal or deputy may produce the body of the defendant in the United States District Court in the Robert E Grant Federal Building, 204 S Main St., South Bend, Indiana, for an initial appearance and further proceedings herein on a date ordered by this Court and hold the defendant pending final disposition of this cause, including sentence, if any, the defendant thereafter to be returned by the United States Marshal or his deputies to the custody of those persons at that time therein entitled, under safe and secure conduct.

Respectfully submitted,

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

By: *s/ Lydia T. Lucius*
Lydia T. Lucius
Assistant United States Attorney
United States Attorney's Office
204 S. Main Street, Room M01
South Bend, IN 46601
Phone: (574) 236-8287
Email: Lydia.lucius@usdoj.gov